JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAITANYA ATHMAKURI<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES<br><br>Defendant. | Case No. 2:20-cv-04875-MWF-AGR<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

Based on the stipulation filed by the parties, IT IS HEREBY ORDERED that this action is dismissed in its entirety. Each party shall bear its own fees and costs

**IT IS SO ORDERD.**

Dated: June 25, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge

ORDER ON STIPULATION OF DISMISSAL
Case No. 20-cv-04875-MWF-AGR